JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BERNARD TURON BURTON, | ) | NO. CV 13-2683-JVS (CW) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| MIKE MCDONALD, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:  June 18, 2015

_____
JAMES V. SELNA
United States District Judge